FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 28, 2025

SEAN F. McAVOY, CLERK

1
2
3
4
5
6

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

7
8    RUSSELL Z.,                             No.  2:25-CV-00071-ACE

9                      Plaintiff,            ORDER GRANTING STIPULATED
10                                           MOTION TO REMAND PURSUANT
                                             TO SENTENCE FOUR OF 42 U.S.C.
11                      v.                   § 405(g)

12   FRANK BISIGNANO,
13   COMMISSIONER OF SOCIAL                  **ECF No. 13**
     SECURITY,[1]
14
15                     Defendant.
16

17        **BEFORE THE COURT** is the parties' stipulated motion to remand the

18   above-captioned matter to the Commissioner for additional administrative

19   proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  ECF No. 13.

20   Attorney D. James Tree represents Plaintiff; Special Assistant United States

21   Attorney David J. Burdett represents Defendant.  After considering the file and

22   proposed order, **IT IS ORDERED:**

23        1.    The parties' Stipulated Motion for Remand, **ECF No. 13**, is

24   **GRANTED**.  The above-captioned case is **REVERSED** and **REMANDED** to the

25
           [1]Pursuant to Federal Rule of Civil Procedure 25(d), Frank Bisignano,
26
     Commissioner of Social Security, is substituted as the defendant in this suit.  No
27
     further action need be taken to continue this suit.  *See* 42 U.S.C. § 405(g).
28

ORDER GRANTING STIPULATED MOTION TO REMAND - 1

1  Commissioner of Social Security for further administrative action pursuant to

2  sentence four of 42 U.S.C. § 405(g).  On remand, the Commissioner shall (1)

3  reassess the evidence; (2) offer the claimant the opportunity for a hearing; (3) take

4  any further action needed to complete the administrative record; and (4) issue a

5  new decision.

6          2.      **Judgment shall be entered for PLAINTIFF**.

7          3.      Plaintiff's Opening Brief, **ECF No. 10**, is **STRICKEN AS MOOT**.

8          4.      An application for attorney fees and costs may be filed by separate

9  motion.

10         **IT IS SO ORDERED**.  The District Court Executive is directed to enter this

11 Order, forward copies to counsel, and **CLOSE THE FILE**.

12         DATED July 28, 2025.



_____
                    ALEXANDER C. EKSTROM
                 UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION TO REMAND - 2